

# BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
## HUMAN RESOURCES DEPARTMENT
1900 Price Road, Suite 106 • Brownsville, Texas 78521
(956) 548-8051 • FAX (956) 548-8142 or (956) 504-5836

## NOTICE OF WARNING

**PLEASE CHECK ONE:** [x] Certified Personnel

Employee Name: _____ ID#: _____

Campus/Department: _____ Position: _____ Instructor

**1.) Prior attempts to deal with the violation or problem:**
On or about February 22, 2022 you were counseled regarding unprofessional conduct directed against a fellow coach who complained of harassing, discriminatory conduct on your part.
On April 24, 2022, you received a Letter of Concern for aggressive unprofessional conduct directed towards a student and then repeated in front of an administrator.
On May 16, 2022, you were placed on Administrative leave and ultimately received a Notice of Warning for unprofessional conduct directed towards a student.

**2.) Violation or problem requiring corrective action:**
Your latest example of unprofessional conduct occurred on May 15, 2023. On that date, the School District held a Special Called Board meeting, and held a recognition ceremony to honor students who excelled in various disciplines. The meeting was televised and available for view by the public.
As the _____ sponsor, you were there representing your campus and your program. After your students were recognized, each student and sponsor were congratulated by the individuals on the Board dais by extending their hand for a congratulatory handshake. When an administrator reached out to shake your hand you put your hands behind your back and very pointedly refused to acknowledge the administrator. You then repeated the behavior by doing the same thing to four Board members and myself in a derogatory display of unprofessional conduct. After your blatant display of disrespect to the aforementioned you shook the hands of the remaining Board members and took a selfie. These actions are evidence that your behavior was intended to disrespect selected individuals.
Although your actions were personally abhorrent, they were made worse because you were representing your school and your students. As educators we are always modeling behavior for our students and your actions showed disdain for the District's standards of professional conduct.
Your actions were in direct violation of District policy DH (Local) which states 1. "Every employee shall be responsible for: Relating to colleagues and supervisors with respect, courtesy, and in a professional manner." 2. Policy DFBB (Local): Failure to meet the District's standard of Professional conduct;" and, 3. The Educators' Code of Ethics: "The educator shall be of good moral character and be worthy to instruct or supervise the youth of this state."

BISD does not discriminate on the basis of race, color, national origin, gender, religion, age, disability or genetic information in employment or provision of services, programs or activities.
BISD no discrimina de acuerdo a raza, color, origen nacional, género, religión, edad, información genética o incapacidad en el empleo o en la disposición de servicios, programas o actividades.